# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-420-524**

**Effective Date of Registration:**
September 16, 2024
**Registration Decision Date:**
November 04, 2024

---

## Title

**Title of Work:** Garden View I

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** November 20, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Lisa Audit
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Lisa Audit
Roaring Brook Art 444 Saw Mill River Road #6003, P.O. Box 932, Elmsford, NY, 10523, United States

## Rights and Permissions

**Organization Name:** Looking Good Licensing, LLC.
**Name:** Paul Wheeler, Jr.
**Email:** paul@lookinggoodlicensing.com
**Telephone:** (802)362-4882
**Alt. Telephone:** (860)248-9838
**Address:** P.O. Box 236
Manchester, VT 05254 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-420-498

**Effective Date of Registration:**
September 16, 2024
**Registration Decision Date:**
November 04, 2024

---

## Title

**Title of Work:**    Garden View Tossed

## Completion/Publication

**Year of Completion:**    2012
**Date of 1st Publication:**    October 14, 2012
**Nation of 1st Publication:**    United States

## Author

- **Author:**    Lisa Audit
  **Author Created:**    2-D artwork
  **Citizen of:**    Canada

## Copyright Claimant

**Copyright Claimant:**    Lisa Audit
Roaring Brook Art 444 Saw Mill River Road #6003, P.O. Box 932, Elmsford, NY, 10523, United States

## Rights and Permissions

**Organization Name:**    Looking Good Licensing, LLC.
**Name:**    Paul Wheeler, Jr.
**Email:**    paul@lookinggoodlicensing.com
**Telephone:**    (802)362-4882
**Alt. Telephone:**    (860)248-9838
**Address:**    P.O. Box 236
Manchester, VT 05254 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-420-615

**Effective Date of Registration:**
September 16, 2024

**Registration Decision Date:**
November 04, 2024

---

## Title

**Title of Work:** Blossom I

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** April 15, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Lisa Audit
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Lisa Audit
Roaring Brook Art 444 Saw Mill River Road #6003, P.O. Box 932, Elmsford, NY, 10523, United States

## Rights and Permissions

**Organization Name:** Looking Good Licensing, LLC.
**Name:** Paul Wheeler, Jr.
**Email:** paul@lookinggoodlicensing.com
**Telephone:** (802)362-4882
**Alt. Telephone:** (860)248-9838
**Address:** P.O. Box 236
Manchester, VT 05254 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

**VA 2-420-619**

**Effective Date of Registration:**
September 16, 2024
**Registration Decision Date:**
November 04, 2024

---

## Title

**Title of Work:** Blossom II

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** April 15, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Lisa Audit
**Author Created:** 2-D artwork
**Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Lisa Audit
Roaring Brook Art 444 Saw Mill River Road #6003, P.O. Box 932, Elmsford, NY, 10523, United States

## Rights and Permissions

**Organization Name:** Looking Good Licensing, LLC.
**Name:** Paul Wheeler, Jr.
**Email:** paul@lookinggoodlicensing.com
**Telephone:** (802)362-4882
**Alt. Telephone:** (860)248-9838
**Address:** P.O. Box 236
Manchester, VT 05254 United States

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-420-631**

**Effective Date of Registration:**
September 16, 2024
**Registration Decision Date:**
November 04, 2024

---

## Title

Title of Work:   Blue Feathered Peacock I

## Completion/Publication

Year of Completion:   2005
Date of 1st Publication:   April 01, 2005
Nation of 1st Publication:   United States

## Author

•   Author:   Lisa Audit
Author Created:   2-D artwork
Citizen of:   Canada

## Copyright Claimant

Copyright Claimant:   Lisa Audit
Roaring Brook Art 444 Saw Mill River Road #6003, P.O. Box 932, Elmsford, NY, 10523, United States

## Rights and Permissions

Organization Name:   Looking Good Licensing, LLC.
Name:   Paul Wheeler, Jr.
Email:   paul@lookinggoodlicensing.com
Telephone:   (802)362-4882
Alt. Telephone:   (860)248-9838
Address:   P.O. Box 236
Manchester, VT 05254 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-420-638

**Effective Date of Registration:**
September 16, 2024
**Registration Decision Date:**
November 04, 2024

---

## Title

**Title of Work:** Cafe in Europe I

## Completion/Publication

**Year of Completion:** 2005
**Date of 1st Publication:** April 01, 2005
**Nation of 1st Publication:** United States

## Author

• **Author:** Lisa Audit
**Author Created:** 2-D artwork
**Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Lisa Audit
Roaring Brook Art 444 Saw Mill River Road #6003, P.O. Box 932, Elmsford, NY, 10523, United States

---

## Rights and Permissions

**Organization Name:** Looking Good Licensing, LLC.
**Name:** Paul Wheeler, Jr.
**Email:** paul@lookinggoodlicensing.com
**Telephone:** (802)362-4882
**Alt. Telephone:** (860)248-9838
**Address:** P.O. Box 236
Manchester, VT 05254 United States

## Certification

---

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-420-635

**Effective Date of Registration:**
September 16, 2024
**Registration Decision Date:**
November 04, 2024

---

## Title

　　　　　　　　**Title of Work:**　Chef's Masterpiece II

## Completion/Publication

　　　　　　　　**Year of Completion:**　2005
　　　　　**Date of 1st Publication:**　April 01, 2005
　　**Nation of 1st Publication:**　United States

## Author

　　　•　　　　**Author:**　Lisa Audit
　　　　　**Author Created:**　2-D artwork
　　　　　　**Citizen of:**　Canada

## Copyright Claimant

　　　　**Copyright Claimant:**　Lisa Audit
　　　　　　　　　　　　Roaring Brook Art 444 Saw Mill River Road #6003, P.O. Box 932, Elmsford, NY, 10523, United States

## Rights and Permissions

　　　**Organization Name:**　Looking Good Licensing, LLC.
　　　　　　　　**Name:**　Paul Wheeler, Jr.
　　　　　　　　　**Email:**　paul@lookinggoodlicensing.com
　　　　　　**Telephone:**　(802)362-4882
　　　　**Alt. Telephone:**　(860)248-9838
　　　　　　　**Address:**　P.O. Box 236
　　　　　　　　　　　　Manchester, VT 05254 United States

## Certification

Page 1 of 2

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-420-507

**Effective Date of Registration:**
September 16, 2024
**Registration Decision Date:**
November 04, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Harmonious Hydrangeas |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | September 01, 2014 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| ● **Author:** | Lisa Audit |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Canada |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Lisa Audit |
| | Roaring Brook Art 444 Saw Mill River Road #6003, P.O. Box 932, Elmsford, NY, 10523, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Looking Good Licensing, LLC. |
| **Name:** | Paul Wheeler, Jr. |
| **Email:** | paul@lookinggoodlicensing.com |
| **Telephone:** | (802)362-4882 |
| **Alt. Telephone:** | (860)248-9838 |
| **Address:** | P.O. Box 236 |
| | Manchester, VT 05254 United States |

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-420-516

**Effective Date of Registration:**
September 16, 2024
**Registration Decision Date:**
November 04, 2024

---

## Title
                       **Title of Work:**  Indigold IX

## Completion/Publication
             **Year of Completion:**  2017
          **Date of 1st Publication:**  May 30, 2017
      **Nation of 1st Publication:**  United States

## Author
     •           **Author:**  Lisa Audit
          **Author Created:**  2-D artwork
              **Citizen of:**  Canada

## Copyright Claimant
        **Copyright Claimant:**  Lisa Audit
                          Roaring Brook Art 444 Saw Mill River Road #6003, P.O. Box 932, Elmsford,
NY, 10523, United States

## Rights and Permissions
        **Organization Name:**  Looking Good Licensing, LLC.
                   **Name:**  Paul Wheeler, Jr.
                    **Email:**  paul@lookinggoodlicensing.com
             **Telephone:**  (802)362-4882
         **Alt. Telephone:**  (860)248-9838
                **Address:**  P.O. Box 236
                          Manchester, VT 05254 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-420-521

**Effective Date of Registration:**
September 16, 2024
**Registration Decision Date:**
November 04, 2024

---

**Title** _____

Title of Work: Indigold VI

## Completion/Publication _____

Year of Completion: 2017
Date of 1st Publication: May 30, 2017
Nation of 1st Publication: United States

## Author _____

• Author: Lisa Audit
Author Created: 2-D artwork
Citizen of: Canada

## Copyright Claimant _____

Copyright Claimant: Lisa Audit
Roaring Brook Art 444 Saw Mill River Road #6003, P.O. Box 932, Elmsford, NY, 10523, United States

## Rights and Permissions _____

Organization Name: Looking Good Licensing, LLC.
Name: Paul Wheeler, Jr.
Email: paul@lookinggoodlicensing.com
Telephone: (802)362-4882
Alt. Telephone: (860)248-9838
Address: P.O. Box 236
Manchester, VT 05254 United States

## Certification _____



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-420-529**

**Effective Date of Registration:**
September 16, 2024
**Registration Decision Date:**
November 04, 2024

---

## Title

**Title of Work:**   Indigold XXIII

## Completion/Publication

**Year of Completion:**   2017
**Date of 1st Publication:**   May 30, 2017
**Nation of 1st Publication:**   United States

## Author

●   **Author:**   Lisa Audit
**Author Created:**   2-D artwork
**Citizen of:**   Canada

## Copyright Claimant

**Copyright Claimant:**   Lisa Audit
Roaring Brook Art 444 Saw Mill River Road #6003, P.O. Box 932, Elmsford, NY, 10523, United States

## Rights and Permissions

**Organization Name:**   Looking Good Licensing, LLC.
**Name:**   Paul Wheeler, Jr.
**Email:**   paul@lookinggoodlicensing.com
**Telephone:**   (802)362-4882
**Alt. Telephone:**   (860)248-9838
**Address:**   P.O. Box 236
Manchester, VT 05254 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-420-730

**Effective Date of Registration:**
September 16, 2024
**Registration Decision Date:**
November 05, 2024

---

**Title** _____

Title of Work:   Marche de Fleurs III

## Completion/Publication _____

Year of Completion:   2011
Date of 1st Publication:   November 01, 2011
Nation of 1st Publication:   United States

## Author _____

•       Author:   Lisa Audit
Author Created:   2-D artwork
Citizen of:   Canada

## Copyright Claimant _____

Copyright Claimant:   Lisa Audit
Roaring Brook Art 444 Saw Mill River Road #6003, P.O. Box 932, Elmsford,
NY, 10523, United States

## Rights and Permissions _____

Organization Name:   Looking Good Licensing, LLC.
Name:   Paul Wheeler, Jr.
Email:   paul@lookinggoodlicensing.com
Telephone:   (802)362-4882
Alt. Telephone:   (860)248-9838
Address:   P.O. Box 236
Manchester, VT 05254 United States

## Certification _____

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VA 2-420-594

**Effective Date of Registration:**
September 16, 2024
**Registration Decision Date:**
November 04, 2024

## Title _____

**Title of Work:** Poesie Florale III

## Completion/Publication _____

**Year of Completion:** 2004
**Date of 1st Publication:** September 01, 2004
**Nation of 1st Publication:** United States

## Author _____

• **Author:** Lisa Audit
**Author Created:** 2-D artwork
**Citizen of:** Canada

## Copyright Claimant _____

**Copyright Claimant:** Lisa Audit
Roaring Brook Art 444 Saw Mill River Road #6003, P.O. Box 932, Elmsford,
NY, 10523, United States

## Rights and Permissions _____

**Organization Name:** Looking Good Licensing, LLC.
**Name:** Paul Wheeler, Jr.
**Email:** paul@lookinggoodlicensing.com
**Telephone:** (802)362-4882
**Alt. Telephone:** (860)248-9838
**Address:** P.O. Box 236
Manchester, VT 05254 United States

## Certification _____



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-422-058

**Effective Date of Registration:**
September 16, 2024
**Registration Decision Date:**
November 14, 2024

---

## Title
_____

**Title of Work:**   Spring Softies Bunnies II

## Completion/Publication
_____

**Year of Completion:**   2016
**Date of 1st Publication:**   November 01, 2016
**Nation of 1ˢᵗ Publication:**   United States

## Author
_____

- **Author:**   Lisa Audit
  **Author Created:**   2-D artwork
  **Citizen of:**   Canada

## Copyright Claimant
_____

**Copyright Claimant:**   Lisa Audit
Roaring Brook Art 444 Saw Mill River Road #6003, P.O. Box 932, Elmsford, NY, 10523, United States

## Rights and Permissions
_____

**Organization Name:**   Looking Good Licensing, LLC.
**Name:**   Paul Wheeler, Jr.
**Email:**   paul@lookinggoodlicensing.com
**Telephone:**   (802)362-4882
**Alt. Telephone:**   (860)248-9838
**Address:**   P.O. Box 236
Manchester, VT 05254 United States

## Certification
_____



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-421-426

**Effective Date of Registration:**
September 16, 2024
**Registration Decision Date:**
November 07, 2024

---

**Title**
_____

             **Title of Work:**  Spring Softies III

**Completion/Publication**
_____

        **Year of Completion:**  2016
    **Date of 1st Publication:**  November 01, 2016
  **Nation of 1st Publication:**  United States

**Author**
_____

    &bull;        **Author:**  Lisa Audit
      **Author Created:**  2-D artwork
          **Citizen of:**  Canada

**Copyright Claimant**
_____

   **Copyright Claimant:**  Lisa Audit
                   Roaring Brook Art 444 Saw Mill River Road #6003, P.O. Box 932, Elmsford, NY, 10523, United States

**Rights and Permissions**
_____

    **Organization Name:**  Looking Good Licensing, LLC.
              **Name:**  Paul Wheeler, Jr.
              **Email:**  paul@lookinggoodlicensing.com
         **Telephone:**  (802)362-4882
    **Alt. Telephone:**  (860)248-9838
          **Address:**  P.O. Box 236
                   Manchester, VT 05254 United States

**Certification**
_____



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-422-057

**Effective Date of Registration:**
September 16, 2024
**Registration Decision Date:**
November 14, 2024

---

## Title
Title of Work: Sweet Cupcakes III

## Completion/Publication
Year of Completion: 2003
Date of 1st Publication: April 01, 2003
Nation of 1st Publication: United States

## Author
• Author: Lisa Audit
Author Created: 2-D artwork
Citizen of: Canada

## Copyright Claimant
Copyright Claimant: Lisa Audit
Roaring Brook Art 444 Saw Mill River Road #6003, P.O. Box 932, Elmsford, NY, 10523, United States

## Rights and Permissions
Organization Name: Looking Good Licensing, LLC.
Name: Paul Wheeler, Jr.
Email: paul@lookinggoodlicensing.com
Telephone: (802)362-4882
Alt. Telephone: (860)248-9838
Address: P.O. Box 236
Manchester, VT 05254 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-420-731

**Effective Date of Registration:**
September 16, 2024
**Registration Decision Date:**
November 05, 2024

---

## Title

**Title of Work:** Marche de Fleurs II

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** November 01, 2011
**Nation of 1st Publication:** United States

## Author

- **Author:** Lisa Audit
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Lisa Audit
Roaring Brook Art 444 Saw Mill River Road #6003, P.O. Box 932, Elmsford, NY, 10523, United States

## Rights and Permissions

**Organization Name:** Looking Good Licensing, LLC.
**Name:** Paul Wheeler, Jr.
**Email:** paul@lookinggoodlicensing.com
**Telephone:** (802)362-4882
**Alt. Telephone:** (860)248-9838
**Address:** P.O. Box 236
Manchester, VT 05254 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-420-888**

**Effective Date of Registration:**
September 16, 2024
**Registration Decision Date:**
November 05, 2024

## Title

**Title of Work:** Les Jardin II

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** August 29, 2012
**Nation of 1st Publication:** United States

## Author

**Author:** Lisa Audit
**Author Created:** 2-D artwork
**Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Lisa Audit
Roaring Brook Art 444 Saw Mill River Road #6003, P.O. Box 932, Elmsford, NY, 10523, United States

## Rights and Permissions

**Organization Name:** Looking Good Licensing, LLC.
**Name:** Paul Wheeler, Jr.
**Email:** paul@lookinggoodlicensing.com
**Telephone:** (802)362-4882
**Alt. Telephone:** (860)248-9838
**Address:** P.O. Box 236
Manchester, VT 05254 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VA 2-420-721

**Effective Date of Registration:**
September 16, 2024
**Registration Decision Date:**
November 05, 2024

---

## Title

**Title of Work:** My Greenhouse Flowers I

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** November 01, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Lisa Audit
**Author Created:** 2-D artwork
**Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Lisa Audit
Roaring Brook Art 444 Saw Mill River Road #6003, P.O. Box 932, Elmsford,
NY, 10523, United States

## Rights and Permissions

**Organization Name:** Looking Good Licensing, LLC.
**Name:** Paul Wheeler, Jr.
**Email:** paul@lookinggoodlicensing.com
**Telephone:** (802)362-4882
**Alt. Telephone:** (860)248-9838
**Address:** P.O. Box 236
Manchester, VT 05254 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-421-422

**Effective Date of Registration:**
September 16, 2024
**Registration Decision Date:**
November 07, 2024

---

## Title

**Title of Work:** Spiced Nature

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** May 30, 2017
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Lisa Audit
  **Author Created:** 2-D artwork
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Lisa Audit
Roaring Brook Art 444 Saw Mill River Road #6003, P.O. Box 932, Elmsford, NY, 10523, United States

## Rights and Permissions

**Organization Name:** Looking Good Licensing, LLC.
**Name:** Paul Wheeler, Jr.
**Email:** paul@lookinggoodlicensing.com
**Telephone:** (802)362-4882
**Alt. Telephone:** (860)248-9838
**Address:** P.O. Box 236
Manchester, VT 05254 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-420-652

**Effective Date of Registration:**
September 16, 2024
**Registration Decision Date:**
November 04, 2024

---

## Title

**Title of Work:** Tulip and Insects

## Completion/Publication

**Year of Completion:** 2004
**Date of 1st Publication:** September 01, 2004
**Nation of 1st Publication:** United States

## Author

• **Author:** Lisa Audit
**Author Created:** 2-D artwork
**Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Lisa Audit
Roaring Brook Art 444 Saw Mill River Road #6003, P.O. Box 932, Elmsford, NY, 10523, United States

## Rights and Permissions

**Organization Name:** Looking Good Licensing, LLC.
**Name:** Paul Wheeler, Jr.
**Email:** paul@lookinggoodlicensing.com
**Telephone:** (802)362-4882
**Alt. Telephone:** (860)248-9838
**Address:** P.O. Box 236
Manchester, VT 05254 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-420-736

**Effective Date of Registration:**
September 16, 2024
**Registration Decision Date:**
November 05, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Rainbow Garden Spice II |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2005 |
| **Date of 1st Publication:** | April 01, 2005 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| •    **Author:** | Lisa Audit |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Canada |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Lisa Audit |
| | Roaring Brook Art 444 Saw Mill River Road #6003, P.O. Box 932, Elmsford, NY, 10523, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Looking Good Licensing, LLC. |
| **Name:** | Paul Wheeler, Jr. |
| **Email:** | paul@lookinggoodlicensing.com |
| **Telephone:** | (802)362-4882 |
| **Alt. Telephone:** | (860)248-9838 |
| **Address:** | P.O. Box 236 |
| | Manchester, VT 05254 United States |

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-421-402

**Effective Date of Registration:**
September 16, 2024
**Registration Decision Date:**
November 07, 2024

---

## Title

**Title of Work:**  French Vases I

## Completion/Publication

**Year of Completion:**  2004
**Date of 1st Publication:**  September 01, 2004
**Nation of 1st Publication:**  United States

## Author

● **Author:**  Lisa Audit
**Author Created:**  2-D artwork
**Citizen of:**  Canada

## Copyright Claimant

**Copyright Claimant:**  Lisa Audit
Roaring Brook Art 444 Saw Mill River Road #6003, P.O. Box 932, Elmsford,
NY, 10523, United States

## Rights and Permissions

**Organization Name:**  Looking Good Licensing, LLC.
**Name:**  Paul Wheeler, Jr.
**Email:**  paul@lookinggoodlicensing.com
**Telephone:**  (802)362-4882
**Alt. Telephone:**  (860)248-9838
**Address:**  P.O. Box 236
Manchester, VT 05254 United States

## Certification

