IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AUDIT, | Civil Action No. 2:25-cv-01707 |
| Plaintiff, | |
| v. | Judge Stickman |
| SCHEDULE A DEFENDANTS, | |
| Defendants. | |

**NOTICE OF SETTLEMENT**

Four Defendants JUNJIE Co.Ltd (Def. No. 97), MIQIN Co.Ltd (Def. No. 49), BAOBIN Co.Ltd (Def. No. 99), baohanbao (Def. No. 67), (collectively, "Responding Defendants"), by and through their undersigned counsel, respectfully submits this Notice of Settlement.

Pursuant to the Court's Order dated February 24, 2026 (ECF No. 38), Plaintiff and Responding Defendants had a meet and confer session on March 2, 2026. The Parties have reached a settlement in principle as to all four Responding Defendants.

The parties are in the process of finalizing the necessary settlement documentation. After the parties confirm satisfaction of all required details, either a stipulation of dismissal as to these Defendants or, if appropriate, a motion for consent judgment will be filed in due course.

| | |
|---|---|
| Date: February 23, 2026 | /s/ He Cheng |
| | He Cheng \| Attorney |
| | Palmer Law Group, P.A. |
| | 110 East Boward Blvd, Suite 1700 |
| | Fort Lauderdale, FL 33301 |
| | rcheng@palmerlawgroup.com |
| | Tel: +1 (917) 525-1495 |
| | ***Attorney for Defendants*** |