IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LISA AUDIT,

               Plaintiff,

v.

SCHEDULE A DEFENDANTS,

               Defendants.

Civil Action No. 25-cv-01707

(Judge Stickman)

**CONSENT JUDGMENT**

The undersigned consent to the following judgment:

1. Plaintiff and each Defendant has signed a mutually satisfactory settlement agreement with an agreed upon settlement amount as detailed below:

| Defendant No. | Seller Name | Settlement Amounts |
|---|---|---|
| 49 | MIQIN Co.Ltd | $1,500 |
| 67 | baohanbao | $1,500 |
| 97 | JUNJIE Co.Ltd | $2,000 |
| Total: | | $5,000 |

2. Walmart Inc. ("Walmart") is ordered to transfer the Settlement Amounts from Defendants' accounts to Plaintiff's counsel's bank account using bank information provided to Walmart by Plaintiff's Counsel.

3.  Upon Walmart's transfer of Settlement Amounts to Plaintiff pursuant to paragraph 1, Walmart shall remove any restraints that were placed on Defendants' e-commerce stores and financial accounts pursuant to the Temporary Restraining Order [17].

/s/ Stanley D. Ference III
Attorney for Plaintiff
Stanley D. Ference III
PA. ID No. 59899
courts@ferencelaw.com
FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741 9292 – Facsimile

/s/ He Cheng
Attorney for Defendants
He Cheng
NY Bar No. 5665617
rcheng@palmerlawgroup.com
Palmer Law Group P.A.
110 East Broward Blvd, Suite 1700
Fort Lauderdale, FL 33301
Tel: +1 (917) 525-1495

SIGNED:  3/24/26

BY THE COURT:

WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE