**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LISA AUDIT, | Civil Action No. |
| Plaintiffs, | 25-cv-01707 |
| v. | (Judge Stickman) |
| SCHEDULE A DEFENDANTS, | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through their undersigned attorney, hereby give notice of the voluntary dismissal, without prejudice, of all claims against Defendant(s):

| No. | Defendant |
|---|---|
| 17 | YUMIYA |
| 18 | SXWPFDZSW |
| 19 | tjingle |
| 30 | Yiwushi Qiaoliu Maoyi Youxiangongsi |
| 31 | Yue home |
| 34 | Joymaison US |
| 43 | Yiwu Chenghu Trading Co, LTD. |
| 45 | Xinqishun Store |
| 61 | Bzarxt |
| 62 | qer&kcoeg Co.Ltd |
| 63 | sgaqyqTQR |
| 64 | QUNPIU |
| 65 | Lightup |
| 66 | XiYing |
| 68 | Tupukom |
| 69 | wowotier |
| 70 | AiTongShang |
| 71 | White Ghost |

| 72 | hyzsp |
|---|---|
| 73 | ChangXiYu |
| 74 | Kojanyu Home |
| 76 | yingfei Co.Ltd |
| 77 | langyupeikv |
| 82 | Wrdfgsd.cld |
| 83 | YMARPT |
| 85 | HWRETIE |
| 89 | Lydiaunistar Clearance |
| 92 | ShenZhenShiMuYanXingMaoYiYouXianGongSi |
| 93 | Tunhigl |
| 95 | MGDIAWEN |
| 99 | BAOBIN Co.Ltd |
| 101 | Mei Toys |
| 103 | feishke |
| 105 | HemAndi |
| 106 | Byujiro Toys |
| 110 | TaTaai |
| 111 | Beautynvta |
| 112 | fengtian |
| 114 | BestHomeSale |
| 116 | Wishingn |
| 117 | Rojia Clearance |
| 118 | Dadiaei Store |
| 119 | Specollect |
| 120 | Morepick |
| 121 | OutmaxHome |
| 122 | NSESSHome |
| 123 | Youyou |
| 124 | Tokeaaoa |
| 139 | LINGZI ART |
| 147 | Local nansha |
| 148 | Smart Print Local |
| 149 | Haroloen |
| 156 | SDHK |
| 157 | Yanlong |
| 182 | Prosperous Home Furnishings |
| 187 | FXR HOME |
| 193 | JinHua home textile |

Each party to bear its own attorneys' fees, costs, and expenses.  The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: March 24, 2025

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorney for Plaintiff