## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LISA AUDIT*,*

                Plaintiff,

v.

SCHEDULE A DEFENDANTS,

                Defendants.

Civil Action No.

25-cv-01707

(Judge Stickman)

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through their undersigned attorney, hereby give notice of the voluntary dismissal, without prejudice, of all claims against Defendant(s):

| No. | Defendant |
|-----|-----------|
| 57 | zhimaoxi |
| 58 | feiliansheng |
| 81 | Menrkoo Decoration Shop |
| 90 | Surpdew Decoration Shop |
| 94 | honuli |
| 98 | xinti |
| 151 | Life MengYu local |
| 153 | HOME STORAGE CHICE |
| 196 | YAOYAODITAN |

Each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: April 14, 2026

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorney for Plaintiff